LEGAL SERVICES OF LONG ISLAND

November 9, 2026

Hon. Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722

RE: Docket No. 2:25-cv-02647, *Calderone et al v. The Federal Savings Bank et al.*

Dear Hon. Arlene R. Lindsay,

The undersigned represents the Plaintiffs, Brendan Calderone and Lindsay Calderone, in the above-captioned action. I write to update the Court on this action's status.

Your Honor directed the parties to meet and confer to revise this action's discovery scheduling. The parties met on October 19, 2026, and discussed the revised Rule 26(f) Report. The parties were able to come to an agreement about all of the appliable dates except as to the date by which a confidentiality order must be sought.

As Your Honor knows, the Defendants previously moved for a protective order to require Plaintiffs to adhere to a confidentiality order suitable to Defendants, over Plaintiffs' objection. Your Honor denied Defendant's motion and directed the parties to work out their differences using a template. At the October 19th meeting, counsel for the parties discussed their positions as to the confidentiality order. The undersigned offered to sign the confidentiality agreement if an archival copy of the documents shared could be retained to comply with federal regulations, malpractice requirements, and other ethical considerations. Defendants rejected this.

At this time Defendants have not turned over any documents responsive to Plaintiffs' Request for Production due to this confidentiality order impasse. Plaintiffs suggest that documents responsive to Plaintiffs' Request for Production that Defendants do not deem confidential be produced and that Defendants identify the documents that they are withholding due to confidentiality concerns, so that the parties can intelligently discuss how to handle document production of sensitive information, if such documents are indeed sensitive.

Due to this continued disagreement, the parties are not able to file an agreed-upon, revised Rule 26(f) Report by November 10, 2026; however, Plaintiffs submit their version of the contested Rule 26(f) Report (attached as Exhibit A).

A copy of this letter has been shared with counsel via email prior to uploading to ECF.

Very truly yours,

Carolyn A. Lander

Carolyn A. Lander, Esq.

LSC America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

NASSAU COUNTY HEMPSTEAD OFFICE
1 HELEN KELLER WAY, 5TH FLOOR, HEMPSTEAD, NY 11550
P 516.292.8100 | F 516.292.6529

United Way
United Way of Long Island